# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BEAL, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFETOUCH, INC., LIFETOUCH NATIONAL SCHOOL STUDIOS, INC., individually and d/b/a LIFETOUCH PRESTIGE STUDIO PORTRAITS, and LIFETOUCH CHURCH DIRECTORIES AND PORTRAITS, INC.,<br><br>Defendants. | Case No.: CV10-8454 JST (MLGx)<br><br>**ORDER PERMITTING THE FILING OF DEFENDANTS' AMENDED ANSWER TO THE THIRD AMENDED COMPLAINT AND VACATING HEARING** |

Plaintiff's counsel having agreed and stipulated not to oppose the filing of defendants' [proposed] Amended Answer to the Third Amended Complaint, IT IS HEREBY ORDERED that defendants have leave of the Court to file their Amended Answer to the Third Amended Complaint. Defendants are directed to e-file their Amended Answer to the Third Amended Complaint within three court days of the date of this Order.

The parties having further stipulated that the filing of the Amended Answer to the Third Amended Complaint renders plaintiff's Motion to Strike defendants' Answer to the Third Amended Complaint moot and having further stipulated that the matter may

be taken off calendar, IT IS HEREBY ORDERED that plaintiff's Motion to Strike Defendants' Answer, currently set for hearing on April 30, 2012 pursuant to a continuance by the Court's order, be and hereby is taken off calendar and the motion is VACATED.

Dated: April 13, 2012

_____
Josephine Staton Tucker
Judge of the United States District Court